Honorable Ronald B. Leighton

08-CV-05019-ORD

FILED _____ LODGED
_____ RECEIVED

NOV 18 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TMP WORLDWIDE ADVERTISING & COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LATCAREERS, LLC,<br><br>Defendant. | NO. C08-5019 RBL<br><br>STIPULATED MOTION TO APPOINT MAGISTRATE TO MEDIATE THIS ACTION AND ORDER |

## I. STIPULATED MOTION

Plaintiff has conferred with Defendant and has requested that Defendant consent to the appointment of a Magistrate as mediator to oversee mediation of the action. Defendant has consented to this request. Accordingly, Plaintiff, with Defendant's consent, hereby requests the appointment of a Magistrate as mediator.

The parties have made several attempts to resolve this action via settlement, rather than trial. This past summer, substantive telephonic discussions and written communications were exchanged; however, while the parties agreed in principle on certain points, they were unable to reach final settlement. Then, several weeks ago, the parties again attempted to resolve the

STIPULATED MOTION TO APPOINT MAGISTRATE TO MEDIATE
THIS ACTION AND ORDER - 1
CASE NO. C08-5019 RBL

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.816.3528

dispute by exchanging settlement proposals. However, as was the case during the summer, the parties have been unable to bridge the gap between their positions.

Despite the parties' inability to reach a settlement on their own, they remain interested in settlement and believe the process would benefit from the input and supervision of a Magistrate serving as mediator.

WHEREFORE, Plaintiff respectfully requests that a Magistrate/Mediator be appointed as soon as is convenient for the Court to oversee and conduct mediation of this action and that a schedule be established that would allow the parties to submit mediation briefs to the Magistrate/Mediator in advance of the initial mediation session.[1]

DATED this 18th day of November, 2008.

By: ___/s/ Alexander E. Barnett___
Alexander E. Barnett, *Admitted Pro Hac Vice*
Email: abarnett20@hotmail.com
Attorney at Law
144 West 72nd Street #3D
New York, New York 10023
Telephone: (212) 362-5770
Facsimile: (917) 591-5227

Beth E. Terrell, P.S., WSBA #26759
Email: bterrell@tmdlegal.com
TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

*Attorneys for Plaintiff*

By: _/s/Marianne K. Jones, WSBA # 21034_
Marianne K. Jones, WSBA # 21034
Email: mlaw@joneslawgroup.com
Mona K. McPhee, WSBA # 30305
Email: mkm@joneslawgroup.com
JONES LAW GROUP, PLLC
11819 NE 34th Street
Bellevue, Washington 98005
Telephone: (425) 576-8899
Facsimile: (425) 576-9898

*Attorneys for Defendant*

---

[1] Defendant has consented to this motion.

STIPULATED MOTION TO APPOINT MAGISTRATE TO MEDIATE
THIS ACTION AND ORDER - 2
CASE NO. C08-5019 RBL

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.816.3528

## II. ORDER

Upon consideration of the Stipulated Motion To Appoint Magistrate To Mediate this Action,

IT IS HEREBY ORDERED that Magistrate Judge Karen L. Strombom is appointed as mediator of this action. Magistrate Judge Karen L. Strombom shall contact the parties and shall establish a schedule for mediation, including deadlines for submission of mediation briefs.

DATED this 18th day of November, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

By: /s/ Alexander E. Barnett
Alexander E. Barnett, *Admitted Pro Hac Vice*
Email: abarnett20@hotmail.com
Attorney at Law
144 West 72nd Street #3D
New York, New York 10023
Telephone: (212) 362-5770
Facsimile: (917) 591-5227

Beth E. Terrell, P.S., WSBA #26759
Email: bterrell@tmdlegal.com
TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

STIPULATED MOTION TO APPOINT MAGISTRATE TO MEDIATE
THIS ACTION AND ORDER - 3
CASE NO. C08-5019 RBL

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.816.3528

*Attorneys for Plaintiff*

Approved as to form; Notice of Presentation Waived:

By: /s/Marianne K. Jones, WSBA # 21034
Marianne K. Jones, WSBA # 21034
Email: mlaw@joneslawgroup.com
Mona K. McPhee, WSBA # 30305
Email: mkm@joneslawgroup.com
JONES LAW GROUP, PLLC
11819 NE 34th Street
Bellevue, Washington 98005
Telephone: (425) 576-8899
Facsimile: (425) 576-9898

*Attorneys for Defendant*

STIPULATED MOTION TO APPOINT MAGISTRATE TO MEDIATE THIS ACTION AND ORDER - 4
CASE NO. C08-5019 RBL

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.816.3528