The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TMP WORLDWIDE ADVERTISING & COMMUNICATIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>LATCAREERS, LLC,<br><br>Defendant. | NO. C08-5019RBL<br><br>ORDER GRANTING PLAINTIFFS' FED. R. CIV. P. 37 SUBMISSION |

THIS MATTER is before the Court on Plaintiffs' submission under Fed. R. Civ. P. 37. [Dkt. #32]. Plaintiff sought to use that Rule's "streamlined" procedures for resolving a discovery dispute. According to Plaintiffs, Defendants declined to participate in the process. Defendant has not filed any material or opposition since the Plaintiffs' submission.

The Plaintiffs' submission seeks to Compel answers to Plaintiffs' Interrogatory Nos. 1 through 7, and 12 and 13. The Court has reviewed the Plaintiffs' submission and the Interrogatories. The Plaintiffs' Submission is GRANTED. The Defendant is hereby ORDERED to provide answers to these interrogatories in accordance with the federal Rules, by the end of business Monday December 15, 2008.

IT IS SO ORDERED this 8th day of December, 2008

_____

RONALD B. LEIGHTON

UNITED STATES DISTRICT JUDGE

*digitally signed upon authorization (JAB)*

ORDER
Page - 1