| | |
|---|---|
| | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TMP WORLDWIDE ADVERTISING & COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LATCAREERS, LLC,<br><br>Defendant. | Case No. C08-5019RBL<br><br>ORDER REQUESTING RESPONSE TO MOTION FOR RECONSIDERATION |

This matter comes before the Court on Plaintiff TMP Worldwide Advertising & Communications' Motion for Reconsideration [Dkt. #54]. Under Local Rule CR 7(h), no motion for reconsideration will be granted unless an opposing party has been afforded the opportunity to file a response. The Court hereby REQUESTS that the Defendant file a short Response to the Motion for Reconsideration. This Response should focus on (1) the efforts undertaken by Defendant to obtain discovery from T-Mobile, and (2) the substance of Plaintiff's Motion for Summary Judgment on Defendant's Tortious Interference counterclaim.

Defendant may file a response to the Motion for Reconsideration by February 6, 2009.

IT IS SO ORDERED.

Dated this 29th day of January, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1