UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TMP WORLDWIDE ADVERTISING &
COMMUNICATIONS, LLC,

                    Plaintiff,

          v.

LATCAREERS, LLC,

                    Defendant.

Case No. C08-5019 RBL

ORDER DENYING PLAINTIFF TMP'S
MOTION TO STRIKE

THIS MATTER comes before the Court on Plaintiff TMP Worldwide Advertising &

Communications, LLC's Motion to Strike Amended Counterclaims [Dkt. #46].  Plaintiff asserts that

Defendant LATCareers, LLC failed to comply with a previous Court order granting in part and denying in

part Plaintiff's Motion to Dismiss Counterclaims and granting in part and denying in part Defendant's

Motion for Leave to Amend Counterclaims [Dkt. #28].  Specifically, Plaintiff indicates that Defendant

directly violated that order by including claims for Defamation/Libel/Slander (paragraphs 4.4 through 4.6)

and Breach of Agency/Fiduciary Duty (paragraphs 4.10 through 4.12) in its Amended Counterclaims.[1]

---

[1] Plaintiff twice requests that the Court strike paragraphs 4.4 through 4.12, but does not provide any rationale for striking
paragraphs 4.7 through 4.9.

Defendant cites a clerical error for the mistake and has subsequently filed the correct version of its Amended Counterclaims. The corrected version properly omits the Defamation/Libel/Slander and Breach of Agency/Fiduciary Duty claims. For the foregoing reasons, Plaintiff's Motion to Strike is DENIED AS MOOT.

Dated this 10th day of February, 2009.


RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE