UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TMP WORLDWIDE ADVERTISING & COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LATCAREERS, LLC, <br><br> Defendant. | Case No. C08-5019 RBL <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR COSTS |

THIS MATTER comes before the Court on Plaintiff TMP Worldwide Advertising &

Communications, LLC's Motion for Costs Per the Court's Order of January 21, 2009 [Dkt. #59].  IT IS

HEREBY ORDERED that Plaintiff's Motion for Costs is GRANTED.  Plaintiff is awarded costs in the

amount of $187.00

Dated this 10th day of February, 2009.


RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE