HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TMP WORLDWIDE ADVERTISING & COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LATCAREERS, LLC, <br><br> Defendant. | NO. C08-5019 RBL <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER |

Upon consideration of Plaintiff's Motion For Protective Order Regarding Subpoena Duces Tecum Served by Defendant Upon T-Mobile USA, Inc.

IT IS HEREBY ORDERED that the motion for protective order is granted. T-Mobile USA, Inc. need not comply with said subpoena.

DATED this 4th day of March, 2009.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER - 1
CASE NO. C08-5019 RBL

Presented By:

By: /s/ Alexander E. Barnett
Alexander E. Barnett, *Admitted Pro Hac Vice*
Email: abarnett20@hotmail.com
Attorney at Law
144 West 72nd Street #3D
New York, New York 10023
Telephone: (212) 362-5770
Facsimile: (917) 591-5227

Beth E. Terrell, P.S., WSBA #26759
Email: bterrell@tmdlegal.com
3600 Fremont Avenue North
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

*Attorneys for Plaintiff*

ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER - 2
CASE NO. C08-5019 RBL

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.816.3528