HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TMP WORLDWIDE ADVERTISING &
COMMUNICATIONS, LLC,

    Plaintiff,

  v.

LATCAREERS, LLC,

    Defendant.

Case No. C08-5019 RBL

ORDER DENYING TMP'S MOTION
FOR RECONSIDERATION

   This Matter is before the Court on TMP Worldwide Advertising & Communications, LLC's Motion for Reconsideration [Dkt. #54] of the Court's Order Denying Dismissal for Want of Prosecution [Dkt. #48]. The Motion for Reconsideration is DENIED. TMP's underlying Motion for Partial Summary Judgment on LATCareers, LLC's Breach of Contract I and Tortious Interference counterclaims [Dkt. #38] is RE-NOTED for March 20, 2009. The Court will consider previously submitted papers and evidence, and the parties are invited to file supplemental briefing and evidence, no later than March 16, 2009. Briefs should not exceed ten pages.

   IT IS SO ORDERED.

   Dated this 5th day of March, 2009.

                _____
                RONALD B. LEIGHTON
                UNITED STATES DISTRICT JUDGE