

08-CV-05019-STIP

Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TMP WORLDWIDE ADVERTISING & COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LATCAREERS, LLC,<br><br>Defendant. | NO. C08-5019 RBL<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL<br><br><br>Noted for consideration: Wednesday, April 22, 2009 |

## I. STIPULATION

Plaintiff TMP Worldwide Advertising & Communications, LLC ("TMP") and Defendant LATCareers, LLC ("LLC"), having reached agreement on a settlement of all claims each party has against the other, hereby stipulate and agree that whereas no party hereto is an infant or incompetent person for whom a committee or conservatee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued with prejudice, each party to bear its own attorney's fees and costs.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 0
CASE NO. C08-5019 RBL

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.816.3528

DATED this 22nd day of April, 2009.

/s/Alexander E. Barnett
Alexander E. Barnett, *Admitted Pro Hac Vice*
144 W. 72nd Street #3D
New York, NY 10023
Tel: 212-362-6174
Fax: 917-591-5227
Email: abarnett20@hotmail.com

Beth E. Terrell
WSBA #26759
TERRELL, MARSHALL & DAUDT PLLC
3600 Fremont Ave N
Seattle, WA 98103
Tel: 206-816-6603
Fax: 206-350-3528
Email: bterrell@tmdlegal.com

*Counsel for Plaintiff*

/s/Marianne K. Jones, WSBA# 21034
Marianne K. Jones
WSBA #21034
Mona K. McPhee
WSBA# 30305
JONES LAW GROUP, PLLC
11819 N.E. 34th Street
Bellevue, WA 98005
Tel: 425-576-8899
Fax: 425-576-9898
Email: mlaw@joneslawgroup.com
      mkm@joneslawgroup.com

*Counsel for Defendant*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 1
CASE NO. C08-5019 RBL

## II. ORDER

Upon consideration of the parties Stipulation of Dismissal,

IT IS HEREBY ORDERED that this action and each and all of the parties' claims is dismissed with prejudice. Each party to bear its own attorney's fees and costs.

DATED this 23rd day of April, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE
Ronald B. Leighton

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 2
CASE NO. C08-5019 RBL

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.816.3528

# CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Marianne K. Jones
>Mona K. McPhee
>JONES LAW GROUP, PLLC
>11819 NE 34th Street
>Bellevue, Washington 98005
>Tel: 425-576-8899
>Fax: 425-576-9898
>Email: mlaw@joneslawgroup.com
>mkm@joneslawgroup.com

*Attorneys for Defendant, LAT Careers, LLC*

DATED at Seattle, Washington, this 22nd day of April, 2009.

>TERRELL MARSHALL & DAUDT PLLC
>
>By: /s/ Beth E. Terrell, P.S., WSBA #26759
>Beth E. Terrell, P.S., WSBA #26759
>Email: bterrell@tmdlegal.com
>3600 Fremont Avenue North
>Seattle, Washington 98103
>Telephone: (206) 816-6603
>Facsimile: (206) 350-3528
>
>Alexander E. Barnett, Admitted *Pro Hac Vice*
>Email: abarnett20@hotmail.com
>Attorney at Law
>144 West 72nd Street #3D
>New York, New York 10023
>Telephone: (212) 362-5770
>Facsimile: (917) 591-5227
>
>*Attorneys for Plaintiff*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 3
CASE NO. C08-5019 RBL

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.816.3528